**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TINA CONLEY,** | ) Case No. 1:10-cv-02329-LJO -MJS |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| **HARRISON ROSS BYCK, ESQ. INC.,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) _____ |

　　NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

　　Respectfully submitted this 21st day of February, 2011.

　　　　　　　　　　　By: s/Todd M. Friedman
　　　　　　　　　　　　　TODD M. FRIEDMAN
　　　　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　　　　Attorney for Plaintiff

Filed electronically on this 21st day of February, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Lawrence J. O'neill
United States District Court
Eastern District of California

Karen E. Adelman
Berman, Berman & Berman, LLP
11900 W. Olympic Blvd., Suite 600
Los Angeles, CA 90049

Spencer Allen Schneider
Berman, Berman & Berman, Llp
11900 W. Olympic Blvd. Suite 600
Los Angeles, CA 90064

This 21st day of February, 2011.

s/Todd M. Friedman
Todd M. Friedman