UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TINA CONLEY,

          Plaintiff,

  vs.

HARRISON ROSS BYCK, ESQ., INC.,

          Defendant.
                                     /

CASE NO. CV F 10-2329 LJO MJS

**ORDER AFTER SETTLEMENT**
(Doc. 12.)

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 25, 2011,**[1] to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the March 17, 2011 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:**    February 22, 2011           /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs' counsel requested 60 days to file papers to dismiss this action but failed to explain the grounds for such a lengthy time. This Court's practice is to require filing of papers to dismiss within no more than 30 days.