Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA CONLEY, | ) Case No. 1:10-cv-02329-LJO -MJS |
| | ) |
| Plaintiff, | ) **JOINT MOTION TO DISMISS** |
| | ) **WITH PREJUDICE** |
| vs. | ) |
| | ) |
| HARRISON ROSS BYCK, ESQ., P.C., | ) |
| | ) |
| Defendant. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 24th day of March, 2011

                     By: s/Todd M. Friedman
                            Law Offices of Todd M. Friedman, P.C.
                            Attorney for Plaintiff

                     By: s/Karen E. Adelman
                            Berman, Berman, & Berman LLP
                            Attorney for Defendant

1
2
3   Filed electronically on this 24th day of March, 2011, with:
4   United States District Court CM/ECF system
5
6   Notification sent electronically via the Court's ECF system to:
7   Karen E. Adelman
8   BERMAN, BERMAN & BERMAN, LLP
    11900 W. Olympic Blvd, Ste 600
9   Los Angeles, CA 90049
10
    This 24th day of March, 2011.
11
12  s/Todd M. Friedman
    Todd M. Friedman
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28