# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TINA CONLEY,** | Case No. **1:10-CV-02329-LJO-MJS** |
| Plaintiff, | **ORDER** |
| vs. | |
| **HARRISON ROSS BYCK, ESQ., P.C.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the joint motion of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own expenses and costs.

The clerk is directed to close the action.

IT IS SO ORDERED.

Dated:   **March 25, 2011**            **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE